# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| MITCHELL WALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 2:00-cr-00077-GZS |
| | ) | 2:16-cv-00288-GZS |
| UNITED STATES OF AMERICA, | ) | 2:00-cr-00078-GZS |
| | ) | 2:16-cv-00289-GZS |
| Respondent. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 89) filed June 21, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

(1) the Petitioner's pending Section 2255 Motion (ECF No. 87) is hereby transferred to the First Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 and First Circuit Rule 22.1(e);

(2) a certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S. §2253(c)(2).

 /s/ George Z. Singal
United States District Judge

Dated this 21st day of July, 2016.